**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Minnesota Corn Processors, Inc., and Norman J. Ewert, Trustee, Chad Schuler, Elroy Thieszen, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

Archer-Daniels-Midland Co.,

Defendant.

Civil No. 00-750 (PAM/JGL)

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The parties to the above-referenced action, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The time for defendant to answer or otherwise respond to plaintiffs' Complaint in this action may be extended through and including April 13, 2000; and

2. The Court may, and is jointly and respectfully requested by the parties to, enter an Order in the form attached herewith.

FILED APR 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

DATED: April 6, 2000.

**FAEGRE & BENSON LLP**

John D. French (#31914)
John F. Beukema (#8023)
Charles F. Webber (#215247)
Deborah A. Ellingboe (#26216X)
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 336-3000

**Attorneys For Defendant**

DATED: April 6, 2000.

**DORSEY & WHITNEY LLP**

Michael A. Lindsay (#163466)
Thomas P. Swigert (#266309)
Timothy K. Howard (#277101)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

**Attorneys For Plaintiffs**

**ORDER**

The foregoing Stipulation is **APPROVED** and it is hereby **ORDERED** that the time for defendant to answer or otherwise respond to plaintiffs' in this action is hereby extended through and including April 13, 2000.

Honorable Jonathan G. Lebedoff
United States Magistrate Judge

M2:20305271.01